UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 |
| | ) | CASE NO. 22-10146 |
| MATTHEW PETER FARO, | ) | |
| Debtor | ) | |
| | ) | |
| MATTHEW PETER FARO | ) | |
| Plaintiff | ) | ADVERSARY PROCEEDING |
| | ) | NO. 22-01009 |
| v. | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES III TRUST, *and* | ) | |
| SN SERVICING CORPORATION, *and* | ) | |
| JOHN DOE | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 7041, and M.L.B.R. 9019-1, the parties who have appeared in the above-entitled Adversary Proceeding, hereby stipulate that dismissal with prejudice shall enter in in the above-entitled Adversary Proceeding only, as to all parties, without costs, without the right of appeal.

Respectfully submitted,

| | |
|---|---|
| The Defendant, | The Plaintiff, |
| U.S. Bank Trust National Association, | Matthew Peter Faro, |
| As Trustee of The Chalet Series III Trust, | |
| And SN Servicing Corp. | |
| By its attorney | By his attorney |

DEMERLE HOEGER, LLP

/s/ John T. Precobb  
John T. Precobb, Esquire  
10 City Square  
Boston, MA 02129  
Tel. (617) 337-4444  
jprecobb@dhnewengland.com  
BBO#561931

/s/ Richard S. Ravosa  
Richard S. Ravosa, Esquire  
Offices At The Mariner  
300 Commercial Street, Suite 2  
Boston, MA 02109  
Tel: (617) 720-1101  
Fax: (617) 720-1104 fax  
massachusettsbankruptcycenter@gmail.com  
BBO# 635846

May 13, 2022